MICHAEL C. COHEN (SBN 093700)
mcohen@dwclaw.com
DE CASTRO, WEST, CHODOROW,
  MENDLER, GLICKFELD & NASS, INC.
10960 Wilshire Boulevard, Suite 1400
Los Angeles, California 90024-3881
Telephone: (310) 478-2541
Facsimile: (310) 473-0123

Attorneys for Plaintiffs
LSPB, LLC,
LHJB, LLC,
WWA 16, LLC,
WWA17, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSPB, LLC,<br>LHJB, LLC,<br>WWA 16, LLC,<br>WWA 17, LLC,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:11-cv-05715-PJW<br>Case No. 2:11-cv-05820-PJW<br>✔Case No. 2:11-cv-05821-PJW<br>Case No. 2:11-cv-05822-PJW<br><br>**STIPULATED JUDGMENT** |

THE PARTIES STIPULATE that the Court may enter the following judgment in this case:

IT IS DETERMINED that:

1. as to LSPB, LLC, the Notice of Final Partnership Administrative Adjustment issued to Plaintiff for the taxable year 2001 is sustained in its entirety except that the accuracy-related penalty shall be imposed at the rate of 35%;

2. as to LHJB, LLC, the Notice of Final Partnership Administrative Adjustment issued to Plaintiff for the taxable year 2001 is sustained in its entirety except that the accuracy-related penalty shall be imposed at the rate of 35%;

     3. as to WWA 16, LLC, the Notice of Final Partnership Administrative Adjustment issued to Plaintiff for the taxable year 2001 is sustained in its entirety except that the accuracy-related penalty shall be imposed at the rate of 30%; and

     4. as to WWA 17, LLC, the Notice of Final Partnership Administrative Adjustment issued to Plaintiff for the taxable year 2001 is sustained in its entirety except that the accuracy-related penalty shall be imposed at the rate of 30%;

Each party is to bear its own costs of litigation, including attorney's fees.

12/3/12
Date

/s/ Patrick J. Walsh
Hon. Patrick J. Walsh
United States Magistrate Judge

-2-

//
//

It is so stipulated.

Dated: 11/27, 2012

Michael C. Cohen
DE CASTRO, WEST, CHODOROW,
MENDLER, GLICKFELD & NASS, INC.
10960 Wilshire Boulevard, Ste. 1400E
Los Angeles, CA 90024
Telephone: (310) 478-2541

Attorneys for Plaintiff
LSPB, LLC,

Dated: 11/14, 2012    By:

JOSEPH A. SERGI
Senior Litigation Counsel
Office of Civil Litigation
KAYCEE M. SULLIVAN
U.S. Department of Justice
555 4th Street NW
Washington, D.C. 20001
Telephone: (202) 305-0868
Facsimile: (202) 307-2504
Email: Joseph.A.Sergi@usdoj.gov

Of Counsel:
ANDRÉ BIROTTE JR.
United States Attorney
Central District of California
SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division

Attorneys for Defendant United States of America